*1070 ante, p. 972;
*1071 No. 03-1084.
No. 03-1141.
No. 03-1219.
No. 03-7607.
No. 03-7864.
No. 03-7949.
No. 03-8292.
No. 03-8502.
No. 03-8676.
No. 03-8833.
No. 03-8885.
No. 03-9030.
No. 03-9136.
ante, p. 973;
ante, p. 960;
ante, p. 958;
540 U. S. 1164;
540 U. S. 1155;
ante, p. 975;
ante, p. 934;
ante, p. 946;
ante, p. 949;
ante, p. 964;
ante, p. 964;
ante, p. 979;
ante, p. 967. Petitions for rehearing denied.